UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-58431-lrc |
| Kiara Anita Cunningham, | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| _____ | | _____ |
| Regional Acceptance Corporation, | ) | Contested Matter |
| Its Successors and/or Assigns, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| Kiara Anita Cunningham, Debtor, | ) | |
| Leroy Hayes, Co-Debtor, | ) | |
| and Adam M. Goodman, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE AND ASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN that a motion for relief from the automatic stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. Section 362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise.

HEARING will be held on July 20, 2017 at 1:15 p.m. in the Courtroom 1204, Richard B. Russell Federal Building and U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Within three days of the date of this notice, Movant's attorney, or a pro se Movant, shall serve the motion and this notice upon the debtor, trustee and their attorneys of record, and shall file a certificate of service within three days of service. BLR 9007-2 NDGa.

DATED: 6-19-2017                    s/ Sarah Wyeth McLaughlin
                                    SARAH WYETH MCLAUGHLIN, ESQ.
                                    Georgia Bar # 779413
                                    PADGETT LAW GROUP
                                    6267 Old Water Oak Road, Suite 203
                                    Tallahassee, FL 32312
                                    (850) 422-2520 (telephone)
                                    (850) 422-2567 (facsimile)
                                    swyeth@padgettlaw.net
                                    *Attorney for Creditor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-58431-lrc |
| Kiara Anita Cunningham, | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| Regional Acceptance Corporation, | ) | Contested Matter |
| Its Successors and/or Assigns, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| Kiara Anita Cunningham, Debtor, | ) | |
| Leroy Hayes, Co-Debtor, | ) | |
| and Adam M. Goodman, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

<u>MOTION FOR RELIEF FROM STAY AS TO DEBTOR AND CODEBTOR</u>

COMES NOW, REGIONAL ACCEPTANCE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS, a creditor in the above-styled Chapter 13 proceeding, and respectfully moves this Honorable Court for an Order lifting the automatic stay with regard to the motor vehicle upon which holds a security interest and as to the Co-Debtor, and shows in support thereof the following:

1.

This is a Motion under Section 362(d) and 1301 of the Bankruptcy Code for relief from the existing stays.

2.

Movant is the holder of a first priority lien under a Certificate of Title or electronic title on a 2014 Toyota Yaris owned by Debtor and Co-Debtor; a copy of which is attached under Exhibit "A" and is hereinafter referred to as the "collateral".

3.

Debtor filed this case under Chapter 13 on May 9, 2017. Debtor is in default in payments to Movant. Debtor is due for the February 5, 2017, payment forward. As of May 25, 2017, the total delinquency is $1,769.45.

4.

The unpaid loan balance is approximately $16,290.40. The fair market value according to the NADA is $10,025.00, a copy of which is attached under Exhibit "B". Debtor's plan provides for the surrender of the collateral. Movant is receiving no adequate protection payments.

5.

Because of Debtor's defaults, intention to surrender, history of bankruptcy filings, and/or clear inability to make all required payments, Movant is not adequately protected.

6.

For the above and foregoing reasons, Movant asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), so that Movant may immediately enforce and implement an order granting relief from the automatic stay. Movant further requests that upon entry of an order granting relief from stay and sale of the collateral, and that Movant be permitted to file an unsecured deficiency claim following the sale of the collateral consistent with the loan documents and applicable state law.

7.

Movant requests it be permitted to contact Debtor and Co-Debtor via telephone or by written correspondence regarding the exercise of its rights under State law and its loan documents to gain possession of its collateral, to comply with O.C.G.A. 10-1-36, including providing written notices to the parties required under applicable state law.

8.

The undersigned counsel has reviewed Debtor's Chapter 13 schedules, has obtained a Status Report Pursuant to Servicemembers Civil Relief Act from the Department of Defense Manpower Data Center, and had found no indication that either Debtor or Co-Debtor are currently on active

military duty as of the date of filing of this motion. See attached Statement under Section 201(b)(4) of the SCRA herein under Exhibit "C".

WHEREFORE, Movant prays for an Order relieving it from the stays under Section 362(a) and 1301 of the Bankruptcy Code, which authorizes Movant to proceed with the exercise of its rights under State law and its loan documents to gain possession of its collateral, including by self-help, to comply with O.C.G.A. Section 10-1-36 or any other state's laws, including providing written notices to Debtor as required under applicable state law, for an award of attorney's fees, providing a waiver of the 14-day waiting period under Fed. R. Bankr. P. 4001(a)(3), providing a waiver of the Section 362's 30-day requirement, and providing all additional relief that the Court deems just and proper, including payment on the balance of the claim following the sale of the collateral in accordance with applicable state law as an unsecured deficiency claim.

This 19th day of June, 2017.


s/ Sarah Wyeth McLaughlin

SARAH WYETH McLAUGHLIN, ESQ.
Georgia Bar # 779413
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
swyeth@padgettlaw.net
*Attorney for Creditor*

Exhibit 4



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Regional Acceptance Corporation

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 001102270694 |
| **Lienholder** | REGIONAL ACCEPTANCE CORP |
| **Lienholder Address** | |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | VNKKTUD30EA002304 | **Issuance Date** | 6/9/2015 |
| **Title Number** | 776848151319963 | **Received Date** | 6/9/2015 |
| **Title State** | GA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2014 | **Odometer Reading** | |
| **Make** | TOYT | **Branding** | |
| **Model** | | | |
| **Owner 1** | LEROY JOHN HAYES III | | |
| **Owner 2** | KIARA ANITA CUNNINGHAM | | |
| **Owner Address** | | | |

**Printed:** Tuesday, May 16, 2017 12:23:50 PM PST

***BB&T CONFIDENTIAL***

EXHIBIT B

5/24/2017

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2014 Toyota Yaris Hatchback 5D LE 1.5L I4 |
| **Region:** | Southeastern |
| **Period:** | May 17, 2017 |
| **VIN:** | VNKKTUD30EA002304 |
| **Mileage:** | |
| **Base MSRP:** | $16,490 |
| **Typically Equipped MSRP:** | $17,315 |
| **Weight:** | 2,315 |



## NADA Used Cars/Trucks Values

| Trade-In | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Rough | $6,250 | N/A | N/A | **$6,250** |
| Average | $7,225 | N/A | N/A | **$7,225** |
| Clean | $8,025 | N/A | N/A | **$8,025** |
| | | | | |
| Clean Loan | $7,225 | N/A | N/A | **$7,225** |
| Clean Retail | $10,025 | N/A | N/A | **$10,025** |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.     ***BB&T CONFIDENTIAL***
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power and Associates.
©2017 J.D.Power and Associates

Exhibit "C"

**Statement Under Section 201(b)(4) of the Servicemembers Civil Relief Act**

The undersigned has reviewed Debtor's bankruptcy schedules and obtained a Status Report Pursuant to Servicemembers Civil Relief Act from the Department of Defense Manpower Data Center as o Debtor and Co-Debtor (if applicable) (copy(ies) attached herein), and had found no indication that either Debtor or Co-Debtor are currently on active military duty as of the date below. The undersigned states this to be true under penalty of perjury.

This 19th day of June 2017.
/s/ Sarah Wyeth McLaughlin
Attorney for Movant

Department of Defense Manpower Data Center

Results as of : Jun-19-2017 09:44:27 AM

SCRA 3.0



## Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4920

Birth Date:

Last Name: HAYES

First Name: LEROY

Middle Name:

Active Duty Status As Of: Jun-19-2017

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: L809G8BF25E62D0

# Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-2800

Birth Date:

Last Name: CUNNINGHAM

First Name: KIARA

Middle Name:

Active Duty Status As Of: Jun-19-2017

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: X8C8J83FO5E6Q70

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion and Notice of Hearing was been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 19th day of June 2017.

This 19th day of June, 2017.

/s/ Sarah Wyeth McLaughlin

SARAH WYETH MCLAUGHLIN, ESQ.
Georgia Bar # 779413
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
swyeth@padgettlaw.net
*Attorney for Creditor*

## **SERVICE LIST (CASE NO. 17-58463)**

Kiara Anita Cunningham
978 Steeplechase Lane
Riverdale, GA 30296

Cha-Mecca Evangeline White
The Semrad Law Firm
303 Perimeter Center N Suite 201
Atlanta, GA 30346

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Leroy Hayes
5601 Hunters Ridge Lane
Norcross GA 30092