# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:  
KIARA ANITA CUNNINGHAM,

Case No.:17-58431-LRC  
Chapter 13

_____Debtor._____/

## NOTICE OF APPEARANCE

**COMES NOW** Sarah Wyeth McLaughlin, of the Padgett Law Group, and gives this Notice of Appearance on behalf of Regional Acceptance Corporation (Secured Creditor).

**DATED** this 20th day of June, 2017

Respectfully submitted,

/s/ Sarah Wyeth McLaughlin_____  
Sarah Wyeth McLaughlin  
GA. Bar ID: 779413  
Padgett Law Group  
6267 Old Water Oak Rd Ste 203  
Tallahassee, FL 32312  
(850) 422-2520 (telephone)  
(850) 422-2567 (fax)  
swyeth@padgettlaw.net  
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 20th day of June, 2017:

/s/ Sarah Wyeth McLaughlin
_____
Sarah Wyeth McLaughlin
GA. Bar ID: 779413
Padgett Law Group
6267 Old Water Oak Rd Ste 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
swyeth@padgettlaw.net
*Attorney for Creditor*

## SERVICE LIST (CASE NO. 17-54831-LRC)

Debtor
**Kiara Anita Cunningham**
978 Steeplechase Lane
Riverdale, GA 30296

Trustee
**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Attorney for Debtor
**Cha-Mecca Evangeline White**
The Semrad Law Firm
303 Perimeter Center N Suite 201
Atlanta, GA 30346