UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **KIARA ANITA CUNNINGHAM,** | ) CASE NO. **17-58431-LRC** |
| | ) |
| Debtor. | ) |
| KIARA ANITA CUNNINGHAM, | ) |
| | ) |
| Movant | ) |
| | ) |
| v | ) **CONTESTED MATTER** |
| | ) |
| CARDINAL GROUP INVESTMENTS, | ) |
| | ) |
| Respondent | ) |

**MOTION TO AVOID JUDICIAL LIEN**

COMES NOW Kiara Anita Cunningham ("Debtor") in the above-styled case and shows the Court the following:

1.

On May 9, 2017, Debtor filed a Chapter 13 case in the Northern District of Georgia, Case Number 17-58431-LRC.

2.

This Motion is filed by Kiara Anita Cunningham ("Movant") under 11 U.S.C., § 522(f) to avoid a judicial lien.

3.

In February 13, Cardinal Group Investments ("Respondent") obtained a judgment against the Movant from the Magistrate Court of Fulton County, Case Number 13ED009204, for $1,414.00.

4.

Movant's counsel was unable to locate a Writ of Fieri Facias after searching the Georgia Superior Court Clerks' Cooperative Authority website. Movant, however, has reason to believe that Respondent may have perfected its judicial lien in the above-described action.

5.

This judicial lien has created a cloud on the title of all real and personal property owned by the Movant and such lien impairs Movant's exemptions to which the Debtor is entitled.

6.

The existence of the above-described judicial lien interferes with the fresh-start theory set forth in the Bankruptcy Act.

WHEREFORE, Movant prays for the following:

a) That the judicial lien impairing the Movant's exemption be void and declared null and of no effect;

b) That Movant has such other and further relief as this Court deems just and proper.

Dated: June 28, 2017

/s/
Craig A. Cooper
GA Bar No.: 941033
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor/Movant**
atlcourtdocs@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **KIARA ANITA CUNNINGHAM,** | ) | CASE NO. **17-58431-LRC** |
| | ) | |
| Debtor. | ) | |
| KIARA ANITA CUNNINGHAM, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v | ) | **CONTESTED MATTER** |
| | ) | |
| CARDINAL GROUP INVESTMENTS, | ) | |
| | ) | |
| Respondent | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDGMENT
LIEN AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a Motion to Avoid Judicial lien pursuant to 11 U.S.C. § 522 has been filed in the above styled case on or about June 28, 2017.

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 6008-2 NDGA, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Debtor's Attorney. If no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Dated: June 28, 2017

/s/
Craig A. Cooper
GA Bar No.: 941033
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor/Movant**
atlcourtdocs@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **KIARA ANITA CUNNINGHAM,** ) | CASE NO. **17-58431**-LRC |
| ) | |
| Debtor. ) | |
| KIARA ANITA CUNNINGHAM, ) | |
| ) | |
| Movant ) | |
| ) | |
| v ) | **CONTESTED MATTER** |
| ) | |
| CARDINAL GROUP INVESTMENTS, ) | |
| ) | |
| Respondent ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Avoid Lien and Notice of Requirement of Response to Motion to Avoid Judgment Lien and of Time to File Same upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Kiara Anita Cunningham
987 Steeplechase
Riverdale, GA 30296

Cardinal Group Investments
4100 E Mississippi Ave
Denver, CO 80246

Cardinal Group Atlanta I LLC
4100 E. Mississippi Avenue, 15th Floor
Denver, CO 80246
c/o Corporation Service Company Reg. Ag.
40 Technology Pkwy South, #300
Gwinnett, Norcross, GA 30092

Corporation Service Company
c/o The Prentice-Hall Corporation
System, Inc Reg.Ag.
Attn: Rodman Ward III CEO
2711 Centerville Road Suite 400
Wilmington, DE 19808

I further certify that, by agreement of parties, Adam M. Goodman, Standing Chapter 13 Trustee, was served via ECF.

Dated: June 28, 2017

/s/
Craig A. Cooper
GA Bar No.: 241033
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor/Movant**
atlcourtdocs@gmail.com