UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          ) CHAPTER 13
                                                )
Kiara Anita Cunningham                          ) CASE NO. 17-58431-LRC
                                                )
                                                )
DEBTOR.                                         )

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1.      Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.      The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

3.      Debtor is self-employed; however, the Chapter 13 budget and schedules do not include an itemization for business expenses; thereby, preventing the Trustee from fully evaluating good faith, feasibility, and/or disposable income, in violation of 11 U.S.C. Sections 1325(a)(3), 1325(a)(6), 1325(a)(7) and 1325(b).

4.      The Debtor has failed to properly schedule and notify co-debtor Brandon Andrew Parker, for an automobile loan owed to Regional Acceptance Corporation, in violation of 11 U.S.C. Section 342 and the Federal Rules of Bankruptcy Procedure Rule 1007. The Debtor's Schedules and mailing matrix should be amended to include the creditor's complete address, and Debtor should provide proof that the creditor has been served.

5.      The Debtor should provide proof of the $960.00 per month self-employment expense reflected on Schedule J. 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

6.      In accordance with General Order No. 18-2015 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $1,340.00 per month self-employment income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

7.      Pursuant to information received from the Internal Revenue Service, 2012 tax return and 2016 FICA/FUTA have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Kiara Anita Cunningham | ) | CASE NO.: 17-58431-LRC |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

17-58431-LRC                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

        DEBTOR(S):
        Kiara Anita Cunningham
        978 Steeplechase Lane
        Riverdale, GA  30296

        DEBTOR(S) ATTORNEY:
        THE SEMRAD LAW FIRM, LLC
        STERLING POINT II
        SUITE 201
        303 PERIMETER CENTER NORTH
        ATLANTA, GA  30346

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by
depositing in the United States Mail a copy of same in a properly addressed envelope with adequate
postage thereon.

Monday, July 3, 2017

/s/
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:   678-510-1444
Facsimile:   678-510-1450